```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17088
    JAMES L COLEMAN SR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-5879

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/22/2006 and was confirmed 03/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  27.51%.

     The case was dismissed after confirmation 12/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
SAXON MORTGAGE             CURRENT MORTG    10202.69             .00       10202.69
SAXON MORTGAGE             MORTGAGE ARRE    20469.04             .00        1881.27
CITY OF CHICAGO WATER DE   SECURED            484.16             .00         484.16
FREEDMAN ANSEIMO LINDBER   NOTICE ONLY      NOT FILED            .00            .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED          798.73             .00            .00
KEY NOTE CONSULTING        UNSECURED        NOT FILED            .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED        NOT FILED            .00            .00
OSI COLLECTION SERVICES    UNSECURED        NOT FILED            .00            .00
NEW JERSEY HIGHER EDUCAT   UNSECURED         6997.81             .00            .00
T MOBILE                   UNSECURED          240.97             .00            .00
WOW INTERNET & CABLE SER   UNSECURED        NOT FILED            .00            .00
JACKSON PARK HOSPITAL      UNSECURED          686.47             .00            .00
AMERICASH LOANS LLC        UNSECURED         1303.88             .00            .00
B-REAL LLC                 UNSECURED             .00             .00            .00
TIMOTHY K LIOU             DEBTOR ATTY      1,310.20                        1,310.20
TOM VAUGHN                 TRUSTEE                                            948.67
DEBTOR REFUND              REFUND                                           1,335.18

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            16,162.17

PRIORITY                                       .00
SECURED                                  12,568.12
UNSECURED                                      .00
ADMINISTRATIVE                            1,310.20
TRUSTEE COMPENSATION                        948.67
DEBTOR REFUND                             1,335.18
                    ---------------    ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 17088 JAMES L COLEMAN SR
```

```
TOTALS                                  16,162.17           16,162.17
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/27/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE